O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. SA CR 10-0214 JVS |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation |
| JOSUE VERGARA-SALGADO | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ )  the appearance of defendant as required; and/or

    (B)  ( ✓ )  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submits to_
_detention w/o prejudice._

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: 5-5-2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE